**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES ALLEN HOUSE, | ) | NO. CV 13-0583 GHK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 8/27/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE